

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

---

Maxwell A. Baldi (202) 532-0211
maxwellbaldi@usdoj.gov

February 21, 2025

<u>VIA CM/ECF</u>
Kelly L. Stephens
Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: *Dayton Area Chamber of Commerce, et al. v. Becerra, et al.*, No. 24-3868

Dear Ms. Stephens:

   I write to inform the Court that Robert F. Kennedy, Jr. has been appointed Secretary of the U.S. Department of Health and Human Services and that Stephanie Carlton is serving as Acting Administrator of the Centers for Medicare & Medicaid Services. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), they are automatically substituted for their predecessors as official defendants in the above captioned case. I would appreciate it if your office could update the docket accordingly.

                                          Sincerely,

                                          /s/ Maxwell A. Baldi
                                          Maxwell A. Baldi

cc: All counsel of record (via CM/ECF)