

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

Tel: (202) 616-5372

September 4, 2025

VIA CM/ECF

Kelly L. Stephens
Office of the Clerk
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

      RE:    *Dayton Area Chamber of Commerce v. Becerra*, No. 24-3868

Dear Ms. Stephens:

      I respectfully request leave to withdraw as counsel for the government in this case as I will no longer be employed by the U.S. Department of Justice after September 5, 2025. Other Department of Justice counsel will continue to represent the government in this matter.

                                  Sincerely,

                                  */s/ Lindsey Powell*
                                  Lindsey Powell

CC (via CM/ECF): all counsel of record