UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-3868

DAYTON AREA CHAMBER OF COMMERCE; OHIO CHAMBER OF COMMERCE; MICHIGAN CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,

    Plaintiffs - Appellants,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,

    Defendants - Appellees.

**FILED**
Aug 06, 2025
KELLY L. STEPHENS, Clerk

Before: GILMAN, DAVIS, and MATHIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court for the Southern District of Ohio at Dayton.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk