**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 06, 2025

Mr. Maxwell A. Baldi
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jeffrey S. Bucholtz
Ms. Christine Marie Carletta
Mr. Alexander Kazam
Ms. Emily Caroline Snell Freeman
King & Spalding
1700 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006

Ms. Jennifer B. Dickey
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062

Mr. Paul Whitfield Hughes III
McDermott, Will & Emery
500 N. Capitol Street, N.W.
Washington, DC 20001

Ms. Tami Hart Kirby
Porter, Wright, Morris & Arthur
1 S. Main Street
Suite 1600
Dayton, OH 45402

Mr. Andrew Lyons-Berg
Mr. Emmett Witkovsky-Eldred
McDermott, Will & Emery
500 N. Capitol Street, N.W.
Washington, DC 20001

Ms. Catherine Meredith Padhi
Ms. Lindsey Powell
U.S. Department of Justice
Mr. Michael S. Raab
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Andrew Roland Varcoe
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062

Mr. Jeffrey Bryan Wall
Sullivan & Cromwell
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006

Re: Case No. 24-3868, *Dayton Area Chamber, et al v. Robert F. Kennedy, Jr., et al*
Originating Case No. : 3:23-cv-00156

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk


Cathryn Lovely
Deputy Clerk

cc: Mr. Richard W. Nagel

Enclosures

Mandate to issue.